**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **Amy Hudson ,** | : | **Case No.  1:22cv325** |
| **Plaintiff,** | : | |
| | | **Judge Susan J. Dlott** |
| **v.** | : | |
| **Speedway, LLC.** | : | |
| **Defendant.** | : | |

**ORDER**

The Court having been advised by counsel for the parties that the above matter has been

settled, IT IS ORDERED that this action (including all claims by all parties) is hereby DISMISSED

WITH PREJUDICE, provided that any of the parties may, upon good cause shown not later than

September 26, 2022, reopen the action if settlement is not consummated.  The parties may substitute a

judgment entry contemplated by the settlement agreement upon approval of the Court.  Parties

intending to preserve this Court's jurisdiction to enforce a settlement should be aware of *Kokkonen v.*

*Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994), and incorporate appropriate language

in any substitute judgment entry.

The Court explicitly retains jurisdiction to enforce the settlement agreement reached by

the parties.

**IT IS SO ORDERED.**

S/Susan J. Dlott_____ _____
Susan J. Dlott
United States District Judge